# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Reade, Linda R | 2. Court or Organization  District Court ND Iowa | 3. Date of Report  05/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  U.S. Courthouse  101 1st St. SE Ste. 304  Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Bradshaw Fowler Proctor & Fairgrave, PC - wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | M | T | | | | | |
| 2. Waukee State Bank | A | Interest | J | T | | | | | |
| 3. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 4. Liberty Bank Account 2 | A | Interest | J | T | | | | | |
| 5. CSCO Stock | | None | J | T | | | | | |
| 6. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 7. Morgan Stanley Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 8. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | J | A | |
| 9. | | | | | Partial Sale | 12/25 | J | A | |
| 10. Tyco International-X | A | Dividend | J | T | | | | | |
| 11. US Savings Bonds | | None | J | T | | | | | |
| 12. Morgan Stanley American Opp. Fund B | | None | J | T | | | | | |
| 13. VanKampen Select Growth Fund | | None | J | T | | | | | |
| 14. Stock Index Fund-Valic | | None | J | T | | | | | |
| 15. Science & Technology Fund-Valic | | None | J | T | | | | | |
| 16. Putnam New Opportunity Fund | | None | J | T | | | | | |
| 17. Putnam Global Gr Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Cent Ultra Fund | | None | J | T | | | | | |
| 19. IRA Account | | None | J | T | | | | | |
| 20. -Fidelity Adv Serv VII Technology Fd Cl T | | | | | | | | | |
| 21. -Piper Jaffray Prime Obligs | | | | | | | | | |
| 22. Retirement Account | E | Dividend | P1 | T | | | | | |
| 23. -Schwab Money Market Fund | | | | | | | | | |
| 24. -Agere Systems Inc | | | | | | | | | |
| 25. -Alltel Corp Corp Units | | | | | | | | | |
| 26. -American Intl Group Inc | | | | | | | | | |
| 27. -American Tech Grp Inc | | | | | | | | | |
| 28. -Associated Banc Corp Wis | | | | | | | | | |
| 29. -Authentidate Hldg Corp | | | | | | | | | |
| 30. -Avaya Inc | | | | | | | | | |
| 31. -Biomira Inc | | | | | | | | | |
| 32. -Blue Chip Value Fd Inc | | | | | | | | | |
| 33. -Breed Technologies | | | | | | | | | |
| 34. -Chicos Fas Inc | | | | | | Sell | 1/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sell | 11/10 | J | | |
| 36. -Corrections Cp Amer New | | | | | | | | | |
| 37. -Cray Computer Corp | | | | | worthless | 8/24 | J | | |
| 38. -General Electric Company | | | | | buy | 8/4 | K | | |
| 39. -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | | | | | |
| 40. -Grupo Inds Maseca B | | | | | | | | | |
| 41. -Healthrac Inc | | | | | | | | | |
| 42. -Intl Business Machines | | | | | | | | | |
| 43. -L T V Corporation New | | | | | | | | | |
| 44. -Laserscope | | | | | | | | | |
| 45. -Level 3 Communications | | | | | | | | | |
| 46. -Lucent Technologies Inc | | | | | | | | | |
| 47. -Maytag Corp | | | | | sell | 5/26 | J | | |
| 48. | | | | | sell | 6/9 | J | | |
| 49. | | | | | sell | 7/6 | J | | |
| 50. -Mcleodusa Inc New | | | | | | | | | |
| 51. -Nstor Technologies Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B=$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 53. -Southmark Corp New | | | | | | | | | |
| 54. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 55. -Templeton Global Incm Fd | | | | | | | | | |
| 56. -Time Warner Inc | | | | | | | | | |
| 57. -Tyco Intl Ltd New F | | | | | | | | | |
| 58. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 59. -Wells Fargo & Co New | | | | | | | | | |
| 60. -X C L Ltd New | | | | | | | | | |
| 61. -Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 62. -Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 63. -Fidelity Adv Overseas Class T | | | | | | | | | |
| 64. -Franklin Biotechnology Discovery Fund | | | | | | | | | |
| 65. -Kopp Emerging Growth Fund Cl A | | | | | | | | | |
| 66. -MFS Emerging Growth Fund | | | | | | | | | |
| 67. -MFS Global Fund CL A | | | | | | | | | |
| 68. -Oppenheimer Global Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Putnam New Opportunties | | | | | | | | | |
| 70. -General Growth PPTYS | | | | | | | | | |
| 71. -Lucent Techs Inc Warrants | | | | | | | | | |
| 72. -Commerce Bancshares IA | | | | | | | | | |
| 73. -McLeod USA Inc Cl AXXX | | | | | worthless | 12/31 | J | | |
| 74. -Audible | | | | | buy | 7/13 | J | | |
| 75. -Bank of America Corp | | | | | buy | 10/28 | K | | |
| 76. -Ford Motor Co | | | | | buy | 6/27 | J | | |
| 77. -Laudus Equity Fund | | | | | buy | 2/11 | K | | |
| 78. -XM Satellite Radio | | | | | buy | 3/4 | J | | |
| 79. | | | | | buy | 3/16 | J | | |
| 80. | | | | | buy | 11/2 | J | | |
| 81. | | | | | buy | 11/15 | J | | |
| 82. Farming Operation | E | Crops | | | | | | | |
| 83. -Farm 1 Dallas Co, IA | | | | | sell | 9/16 | N | G | Lamar Koethe |
| 84. -Farm 2 Dallas Co, IA | | | M | W | | | | | |
| 85. -Farm 3 Dallas Co, IA | | | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Farm 4 Dallas Co, IA (sold as 4 lots) | | | | | sell | 7/1 | K | E | Dan and Catherine Windus |
| 87. | | | | | sell | 7/1 | K | E | Kurt and Julie Hiatt |
| 88. | | | | | sell | 7/1 | K | E | Thomas and Nancy Holgate |
| 89. | | | | | sell | 7/1 | K | E | Reginald/ Mitchell Collett |
| 90. -Farm 5 Adair Co, IA | | | M | W | | | | | |
| 91. -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 92. -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 93. -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 94. -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 95. -Farm 10 Adair Co, IA | | | M | W | | | | | |
| 96. -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 97. -Farm 14 Adams Co, IA | D | Rent | M | W | | | | | |
| 98. -Farm 15 Adams Co, IA | C | Rent | L | W | | | | | |
| 99. -Farm 18 Adams Co, IA | | | K | W | | | | | |
| 100. -Farm 19 Taylor County | C | Rent | K | R | | | | | |
| 101. Farm 20 Decatur County | | | J | R | buy | 6/27 | J | | Dewayne Frantum |
| 102. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | |
| 104. Royalty Interest, Bowman County, North Dakota | A | Royalty | J | T | | | | | |
| 105. Liberty Banshares Inc(Appraisal 12/31/04) | F | S-corp inc | P1 | Q | buy | 7/15 | L | | |
| 106. - | A | Dividend | | | | | | | |
| 107. | B | Interest | | | | | | | |
| 108. Ben Con Properties LLC | C | Rent | K | U | | | | | |
| 109. Towne View Apartments, LTD | A | Rent | J | U | | | | | |
| 110. Carefree Group LLC | | Partnership | J | U | | | | | |
| 111. Phoenix-Tuson Ranch LLC | | None | K | T | buy | 11/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I have amended my 2004 Financial Disclosure Report to show a sale of News Corp on January 22, 2004.

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 8, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544